IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARIAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-017 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; JOHNSON STATE PRISON; KOCHELLE WATSON, Warden; WILLIE CARR, Deputy Warden; and MS. CUNNINGHAM, Capt., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 27th day of May, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE